IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENNETH STANLEY ) | |
| ) | |
| Plaintiff ) | Civil Action No. 2:12-cv-02587-DRD-MAS |
| ) | |
| vs. ) | |
| ) | |
| PALISADES COLLECTION, LLC ) | |
| ) | |
| Defendant ) | |

### JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by Plaintiff and Defendant, pursuant to Fed.R.Civ.P. 41, that the within matter is dismissed with prejudice and without costs as to all Defendants.

ATTORNEYS FOR PLAINTIFF

WARREN LAW GROUP, P.C.

/s/ _____
Bruce K. Warren, Esquire
57 Cooper Street
Woodbury, NJ 08096
(856) 848-4572
bruce@warren-lawfirm.com

Dated: 6/25/12

ATTORNEYS FOR DEFENDANT

SPECTOR GADON & ROSEN, P.C.

/s/ Randi A. Wolf
Randi A. Wolf, Esquire
7 Penn Center
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8903
rwolf@lawsgr.com

AND NOW, this _____ day of _____, 2012, the above Stipulation is approved.

BY THE COURT:

_____
                                                    J.

1421077-1